UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IBRAHIM MOHAMMED ABDUL QAHTAN,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:15-cr-00074-RJJ-1

## ORDER

Defendant appeared before me today with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing, noting that he was subject to an Immigration and Customs Enforcement (ICE) detainer. The Court finds that his waiver was knowingly and voluntarily entered. Defendant has reserved the right to a bond hearing should the detainer be released.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 23rd day of April, 2015.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge \